SMOCK, Appellant, v. COMMERCIAL TRAVELERS' MUT. ACCIDENT ASS'N OF AMERICA, Respondent. (Supreme Court, Appellate Division, First Department. June 20, 1913.) Action by Annie B. S. Smock against the Commercial Travelers' Mutual Accident Association of America. D. Edwards, of New York City, for appellant. E. W. Tyler, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

SMYTHE, Respondent, v. T. A. GILLESPIE CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 20, 1913.) Action by John A. Smythe against the T. A. Gillespie Company. No opinion. Motion denied, without costs.

SNYDER et al., Appellants, v. REDHEAD et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. June 11, 1913.) Action by Ole L. Snyder and another against Edwin R. Redhead and others. No opinion. Judgment affirmed, with costs.

SOLOMON v. KUNTZ et al. (Supreme Court, Appellate Division, First Department. June 6, 1913.) Action by Louis Solomon against Henry Kuntz, impleaded with others. No opinion. Application denied, with $10 costs. Order signed.

SOLOMON, Respondent, v. NORTH BRITISH & MERCANTILE INS. CO. OF NEW YORK, Appellant. (Supreme Court, Appellate Division, First Department. May 29, 1913.) Action by Morris Solomon against the North British & Mercantile Insurance Company of New York. H. S. Dottenheim, of New York City, for appellant. J. R. Schiff, of New York City, for respondent.

PER CURIAM. Judgment affirmed, with costs, on 150 App. Div. 728, 135 N. Y. Supp. 806. Order filed.

INGRAHAM, P. J., dissents, on dissenting opinion on former appeal.

In re SOMBORN. (Supreme Court, Appellate Division, First Department. June 20, 1913.) In the matter of Edward K. Somborn, deceased. No opinion. Motion to dismiss appeal granted. Order filed.

SPENCER, Respondent, v. POSTAL TELEGRAPH & CABLE CO., Appellant. (Supreme Court, Appellate Division, Third Department. July 8, 1913.) Action by Charles W. Spencer against the Postal Telegraph & Cable Company. No opinion. Judgment and order unanimously affirmed, with costs.

SPOOR, Respondent, v. WOOLFORD, Appellant. (Supreme Court, Appellate Division, Third Department. July 8, 1913.) Action by Katharine Gertrude Spoor against William Woolford. No opinion. Judgment and order unanimously affirmed, with costs.

SPRINGER, Appellant, v. THOMPSON, Respondent. (Supreme Court, Appellate Division, Second Department. June 20, 1913.) Action by Charles H. Springer against Henrietta T. Thompson. No opinion. Motion to dismiss appeal granted, with $10 costs.

STARR, Appellant, v. AVERETT et al., Respondents. (Supreme Court, Appellate Division, First Department. June 20, 1913.) Action by Samuel Starr against Abraham M. Averett and others. W. M. Geer, Jr., of New York City, for appellant. A. S. Weltfisch, of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re STEELE. (Supreme Court, Appellate Division, Third Department. July 8, 1913.) In the matter of the application of Harvey Steele, an imprisoned debtor, to be discharged from imprisonment. No opinion. Order unanimously affirmed, with costs.

STEIN v. FELT et al. (Supreme Court, Appellate Division, First Department. June 20, 1913.) Action by Alexander Stein against Emily L. Felt, impleaded with others. No opinion. Motion to dismiss appeal denied. Order filed.

STEIN v. WHITMAN et al. (Supreme Court, Appellate Division. First Department. July 11, 1913.) Action by Isidor Stein against Clarence P. Whitman and another. No opinion. Motion granted; question certified; order filed. See, also, 156 App. Div. 861, 142 N. Y. Supp. 4.

STERNBERG et al., Appellants, v. LOUIS METZGER & CO., Respondent. (Supreme Court, Appellate Division, First Department. June 20, 1913.) Action by Ulrike Sternberg and others against Louis Metzger & Co. W. J. Miller, of New York City, for appellants. L. Joseph, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.